[No. 18943-7-II.  Division Two.  January 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS B. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00383-4, James D. Roper, J., entered December 7, 1994. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 13235-8-III.  Division Three.  January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01926-0, Susan L. Hahn, J., entered April 23, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 13251-0-III.  Division Three.  January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN BERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 91-1-00126-4, Larry M. Kristianson, J., entered April 16, 1993. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 17112-1-II; 17639-4-II.  Division Two.  January 16, 1996.]

JOHN HERRING, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-03128-8, James Healy, J. Pro Tem., entered April 9 and October 19, 1993. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J. Now published at 81 Wn. App. 1.